MD 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2018 DEC -7 A 10: 29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST ALA

Willie Carter #262348 )
Full name and prison name of )
Plaintiff(s) )
)
)
v. )
)
Commissioner, Jefferson )
S. Dunn, )
Warden Strickland )
Counselor Kathr Grissom- )
danner, et al. )
)
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. 2:18-CV-1026-WHA-GMB
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) None

      Defendant(s) None

   2. Court (if federal court, name the district; if state court, name the county). None

3. Docket number  None
4. Name of judge to whom case was assigned  None
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?)  None
6. Approximate date of filing lawsuit  None
7. Approximate date of disposition  None

II. PLACE OF PRESENT CONFINEMENT  Ventress Correctional Facility 379 Hwy. 239 North Clayton Alabama, 36016

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Ventress Correctional Facility 379 Hwy. 239 North Clayton Alabama, 36016

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME    ADDRESS

1. Retha Cissendonner  Ventress Correctional Facility
2. 379 Hwy. 239 North Clayton Alabama 36016.
3. Warden Strickland  Ventress Correctional Facility
4. 379 Hwy. 239 North Clayton Alabama 36016.
5. Commissioner Jefferson S. Dunn - 301 S. Ripley
6. Street P.O. Box 301405, Montgomery, AL. 36103-2405

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Round or About September 13th, 2018

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Violation of My 14th Amendment Violation - Due Process of Law, Equal Protection of The Law, And Violation of my 6th Amendment.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

1. Plaintiff Willie Carter Is A Inmate At Ventress Correctional Facility, Clayton Alabama 36016. And Was At Time of Civil Violation.

2. Counselor Resha Gissendanner Terminated The Plaintiff Round or About Steptember 13th, 2018 For **GROUND TWO: Disiplinary Reason(s),** From The Alabama Department of Corrections "Substance Abuse Program.

3. But failed To Write Plaintiff Disiplinary For Any **SUPPORTING FACTS:** Incititional Infraction(s) or Program Infraction To Support Her Allegation(s) That plaintiff Was Under The Influence of Narcotics. (Unknown), While In Program.

4. Plaintiff Asserts That Defendant Resha Gissendanner Violated Plaintiff Right To Redress or Confront the Allegation(s) Through Hearing of Disiplinary Court, or **GROUND THREE:** Committee Board of Program, Hearing.

5. Plaintiff failed Grievance Complaint on 11-6-18 To Warden Strickland And One To Commissioner Jefferson **SUPPORTING FACTS:** S. Dunn on 11-16-18.

6. That Defendant MRS. Gissendanner Terminated plaintiff on More Allegation(s) without Factual Findings of Evidence of Any illegal Narcotics In plaintiff system Therfore Causing Plaintiff Harm.

7. Counselor Gissendanner Terminated Plaintiff "Unjust," And without Due Process of Law.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff Moves For This Honorable Court To Order Defendants In their Individual Capacity To pay The Sum of $150,000.00 For Damage(s) Caused To The Plaintiff In This Matter And Cause. Relief Sought.

*Willie Carter*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-20-18
(Date)

*Willie Carter*
Signature of plaintiff(s)

Willie Carter #263349
Ventress Correctional Facility
3729 Hwy. 239 North
Clayton, Alabama 36016

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN
EVALUATED AND THE ALABAMA DEPARTMENT OF
CORRECTIONS IS NOT RESPONSIBLE FOR
THE SUBSTANCE OR CONTENT OF THE
ENCLOSED COMMUNICATION.

Legal Mail

3610439999

Office of The clerk of Court
United States District Court
One Church St. Suite B-110
Montgomery, AL. 36104-4018

