IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE CARTER, | ) | |
|     Plaintiff, | ) ) ) | |
|     v. | ) ) ) | CIVIL ACTION NO. 2:18cv1026-MHT (WO) |
| JEFFERSON S. DUNN, et al., | ) ) | |
|     Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that defendants removed him from a treatment program in violation of his rights to due process and equal protection. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of June, 2019.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**